## Abstract of the Decision.

INTOXICATING LIQUORS, § 147*—*when evidence sufficient to sustain conviction.* The evidence *held* to sustain a conviction under the anti-saloon law for selling cider and buck, proved to be intoxicating.

---

## The People of the State of Illinois, Defendant in Error, v. Mike McGuire, Plaintiff in Error.

### Gen. No. 6,334.    (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 10, 1917. Rehearing denied April 12, 1917.

## Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Mike McGuire, defendant, for violation of the act relating to anti-saloon territory. From a judgment for conviction under four counts, including a nuisance count, defendant brings error.

P. L. JORGENSON, for plaintiff in error.

RALPH J. DADY and E. M. RUNYARD, for defendant in error; W. F. WEISS, of counsel.

MR. JUSTICE DIBELL delivered. the opinion of the court.

## Abstract of the Decision.

INTOXICATING LIQUORS, § 147*—*when evidence sufficient to sustain conviction.* Evidence *held* to sustain a conviction under the anti-saloon law for selling buck, alco and cider, proved to be a malt liquor or intoxicating.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.